

Civil Action NO.

4:20-cv-00800-O

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

HONORABLE JUDGE REED O'CONNOR

NAKISHA JACKSON,

    PLAINTIFF

V.

UPM SERVICE CORP

    DEFENDANT

MOTION TO SET A HEARING DATE

NAKISHA JACKSON/PRO SE
PO BOX 202967
ARLINGTON, TX 76006
817-240-1571

## MOTION TO SET A HEARING DATE

I, NaKisha Jackson, respectfully submit motion to set a hearing date in the above-captioned matter. In support of this motion, the petitioner states as follows:

1. NaKisha Jackson filed SUMMARY JUDGEMENT on November 2, 2020.

2. The factual and legal issues have been extensively explained in the amended complaint and Summary Judgment

3. As set forth in the accompanying memorandum, the defendants had ample time to discover while they awaited jurisdictional clearing.

4. Alternatively, should the Court determine that it could rule in my favor on the summary judgment filed, without a hearing, I, NaKisha Jackson, respectfully request that the Court, at its earliest convenience, enter the proposed Order submitted with the motion for summary judgment.

WHEREFORE, I, NaKisha Jackson, respectfully request that the Court set the earliest possible hearing date.

Respectfully submitted,

_NaKisha Jackson_
12/01/2020

## MEMORANDUM IN SUPPORT OF
## MOTION TO SET A HEARING DATE

I, NaKisha Jackson, request an order on summary judgement, as the court and the defendant are already abreast of my claims. My attempts to resolve this matter outside of court have been unanswered. Since December 30, 2019, I have made several attempts to seek remedy outside of formal litigation. These proceedings have made all parties aware, and I have yet to be contacted by this company or its legal representation. Jurisdictional concerns are remedied. All parties have been served.

*[signature]*
12/01/2020

Dr. NaKisha Jackson, PT, DPT, WCS

Civil Action NO.

4:20-cv-00800-O

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**
HONORABLE JUDGE REED O'CONNOR

NAKISHA JACKSON,
                        PLAINTIFF

V.

UPM SERVICE CORP
DEFENDANT

**CERTIFICATE OF SERVICE**

I certify that all parties listed below were notified, in a timely fashion, of motion to set hearing date with memo on 12/04/2020.

    UPM Service Corp
    1501 Yamato Rd
    Ste 200 W
    Boca Raton, FL 33431

For notification purposes only, as the registered agent of UPM Service Corp:
Unified Women's Healthcare of Texas
15303 N. Dallas Pkwy
Ste 650
Addison, TX 75001

_____
NaKisha Jackson

12/04/2020

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved.

**PRIORITY MAIL**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
RECEIVED

2020 DEC -7 PM 12:31

DEPUTY CLERK

FROM: N JACKSON
PO BOX 202907
ARLINGTON TX 76006

TO: CLERK OF COURT
501 W 10th ST
RM 310
FORT WORTH TX 76102

FOR DOMESTIC AND INTERNATIONAL USE

Label 228, March 2016

U.S. POSTAGE
$7.75
PM 1-DAY
76006  0005
Date of sale
12/04/20
06   2S
11486225
9150012041737000

0005

PRIORITY MAIL 1-DAY®

EXPECTED DELIVERY DAY: 12/05/20

SHIP TO:
501 W 10TH ST RM 310
Fort Worth TX 76102

USPS TRACKING® NUMBER

9505 5066 5396 0339 3678 84

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 4 lbs.